```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 03231
    VICTOR T REYNARD
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-9936

--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 02/01/2005 and was confirmed 05/02/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was paid in full 08/21/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------
FORD MOTOR CREDIT          SECURED NOT I    NOT FILED          .00           .00
FORD MOTOR CREDIT          UNSECURED        NOT FILED          .00           .00
FORD MOTOR CREDIT          NOTICE ONLY      NOT FILED          .00           .00
SHERMAN & SHERMAN          NOTICE ONLY      NOT FILED          .00           .00
CINGULAR WIRELESS          UNSECURED            403.20         .00        403.20
CITY OF CHICAGO PARKING    UNSECURED            450.00         .00        450.00
SHERMAN ACQUISITION        UNSECURED           4360.73         .00       4360.73
TALK AMERICA               UNSECURED        NOT FILED          .00           .00
TIMOTHY K LIOU             DEBTOR ATTY        2,402.20                   2,402.20
TOM VAUGHN                 TRUSTEE                                         407.00
DEBTOR REFUND              REFUND                                          265.87

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 8,289.00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                     5,213.93
ADMINISTRATIVE                                2,402.20
TRUSTEE COMPENSATION                            407.00
DEBTOR REFUND                                   265.87
                       ---------------      ---------------
TOTALS                  8,289.00              8,289.00
```

            PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 03231 VICTOR T REYNARD

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 11/27/07                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```